IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| MICHAEL P. MISCH et al. on behalf of the UNITED STATES OF AMERICA, and the STATE OF INDIANA,<br><br>    Plaintiffs,<br><br>v.<br><br>MEMORIAL HOSPITAL OF SOUTH BEND, INC., et al.,<br><br>    Defendants. | CASE NO. 3:16-cv-587 |

## RELATORS' NOTICE OF VOLUNTARY DISMISSAL OF CLAIMS BROUGHT ON BEHALF OF THE UNITED STATES OF AMERICA

Relators, by counsel, pursuant to Fed. R. Civ. P. 41(a)(1), request the Court to dismiss the remaining pending claims brought on behalf of the United States of America:

Relators move the Court for a dismissal without prejudice of all remaining claims brought on behalf of the United States of America. No responsive pleadings have been filed by any defendant to this case, and in this situation a filing of a Notice of Dismissal pursuant to Fed. R. Civ. P. 41(a)(1) would be sufficient to end this matter without further Court order. However, 31 U.S.C. § 3730(b)(1) requires that "the action may be dismissed only if the court and the Attorney General give written consent to the dismissal and their reasons for consenting." Upon receipt of a filing indicating such consent, the Relators request that the Court enter an order dismissing this case without prejudice.

Respectfully Submitted,

*/s/ Michael P. Misch*
Michael P. Misch (#27970-71)
Bradley P. Colborn (#28501-20)
ANDERSON · AGOSTINO & KELLER, P.C.
131 South Taylor Street
South Bend, Indiana 46601
Telephone: 574.288.1510
Facsimile: 574.288.1650
Email: colborn@aaklaw.com
          misch@aaklaw.com
*Attorneys for Relators*

## CERTIFICATE OF SERVICE

      I hereby certify that on the  19th  day of January 2018, a copy of the foregoing was filed electronically with the Court. Notice of this filing will be sent to all parties registered on the Court's electronic filing system. Parties may access this filing through the Court's system.

                                        */s/ Michael P. Misch*
                                        Michael P. Misch (#27970-71)
                                        Bradley P. Colborn (#28501-20)