UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex. rel.*, MICHAEL P. MISCH, *et al., Relators*, <br><br>    Plaintiffs, <br><br>    v. <br><br> MEMORIAL HOSPITAL OF SOUTH BEND, INC., *et al.*, <br><br>    Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) )    Case No. 3:16CV587 |

CONSENT OF UNITED STATES OF AMERICA
TO RELATORS' VOLUNTARY DISMISSAL

Relators filed a Notice of Voluntary Dismissal on January 19, 2018. Docket No. 169. Pursuant to the False Claims Act, 31 U.S.C. § 3730(b), the United States notifies the Court that the United States consents to the dismissal of this case without prejudice to the United States. The United States previously notified the Court that it had declined to intervene in this case on November 17, 2017. Docket No. 37.

Respectfully submitted,

THOMAS L. KIRSCH II
UNITED STATES ATTORNEY

/s/ Wayne T. Ault
WAYNE T. AULT
Assistant United States Attorney
Northern District of Indiana
5400 Federal Plaza, Suite 1500
Hammond, Indiana 46320
Telephone: 219-937-5500
Telecopy: 219-852-2770
Internet Address: Wayne.Ault@usdoj.gov

Counsel for United States of America

## CERTIFICATE OF SERVICE

I certify that on this 19th day of January 2018, I electronically filed the foregoing Consent of United States of America to Relators' Voluntary Dismissal with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to all counsel of record.

/s/ Wayne T. Ault
Wayne T. Ault
Assistant United States Attorney