UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| MICHAEL P. MISCH et al., on behalf of the UNITED STATES OF AMERICA and the STATE OF INDIANA, | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Case No. 3:16-CV-587 JD ) |
| MEMORIAL HOSPITAL OF SOUTH BEND, INC., et al., | ) ) ) |
| Defendants. | ) |

## **ORDER**

Two attorneys and their law firm filed this *qui tam* action against scores of Indiana hospitals. They assert claims on behalf of the United States under the False Claims Act, and on behalf of the State of Indiana under similar state laws. The State of Indiana appeared and moved to dismiss the claims asserted on its behalf, pursuant to Indiana Code § 5-11-5.7-5(b) (permitting the attorney general to move to dismiss claims asserted on behalf of the state). The relators subsequently filed a joint stipulation with the State of Indiana agreeing to the dismissal with prejudice of any claims raised on behalf of the State of Indiana. Therefore, given the parties' agreement, the motion to dismiss [DE 153] and the stipulation [DE 166] are GRANTED and the claims raised on behalf of the State of Indiana are DISMISSED WITH PREJUDICE.

The relators have now filed a notice of voluntary dismissal of the claims brought on behalf of the United States, as well. [DE 169]. The United States, which previously declined to intervene in this action, responded by filing a notice that it consents to the dismissal of this case without prejudice to the United States, pursuant to 31 U.S.C. § 3730(b)(1). [DE 170]. Given the agreement between the relators and the United States that the federal claims should be dismissed

without prejudice, and given the early stage of this case, as none of the defendants have filed an answer or responsive pleading, the claims brought on behalf of the United States are now DISMISSED WITHOUT PREJUDICE.

Because all claims asserted in this action have now been dismissed, the Clerk is DIRECTED to close this case.

SO ORDERED.

ENTERED: January 22, 2018

/s/ JON E. DEGUILIO
Judge
United States District Court